IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA



SEALED

2021 JUL 22 PM 5:38

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BRANDON LANZA,<br><br>　　　　Defendant. | 8:21CR209<br><br>INDICTMENT<br><br>18 U.S.C. §§ 2252(a)(2) and (b)(1) |

The Grand Jury charges that

## COUNT I

Between on or about July 29, 2019, and on or about August 11, 2019, in the District of Nebraska, defendant BRANDON LANZA, did knowingly receive and distribute, using any means and facility of interstate and foreign commerce, any visual depiction, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct.

In violation of Title 18, United States Code, Sections 2252(a)(2) & (b)(1) and 2.

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

KELLI L. CERAOLO
Assistant United States Attorney

1