# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BRANDON LANZA,<br><br>　　　　　Defendant. | 8:21CR209<br><br>**WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ORDER** |

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1)　The defendant affirms receiving a copy of the superseding indictment;

(2)　The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3)　The defendant pleads not guilty to all counts of the superseding indictment.

_____　　　10-25-21
Defendant　　　　　　　　　　　　　Date

_Julie Hansen_　　　　　　　　　10/25-21
Attorney for Defendant　　　　　　Date

## ORDER

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this  26th  day of     October    , 2021.

BY THE COURT:

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT